IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


PAUL ELLIS and LINDA ELLIS                                        PLAINTIFFS

vs.                                                    Civil Action No. 3:03-cv-1241WS

GENERAL MOTORS CORPORATION                                DEFENDANT


**FINAL JUDGMENT**

Before this court is the motion of the defendant for summary judgment. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of the defendant for summary judgment is well taken and should be granted. The Order Granting Summary Judgment entered by this court on March 10, 2006, is incorporated by reference. For the reasons assigned in the court's Order Granting Summary Judgment, the court concludes that judgment should be entered in favor of the defendant and against the plaintiffs and that the defendant should be awarded its costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Order Granting Summary Judgment at the cost of the plaintiffs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 15th day of March, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:03-cv-1241 WS
Final Judgment

2